UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                    February 11, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter:  Lisa Marcus

Title of Case:                                    Docket #  Cr. 11-520-05(JBS)
UNITED STATES
     VS
KENNETH BAILEY
        (Deft. Present)

Appearances:
Wayne Hettenbach, AUSA for govt.
Patrick Dugan, AUSA for govt.
Kevin McCann, Esq. for deft.
Beth Ann Hellreigel White, Esq. for deft.

Nature of Proceedings:     SENTENCING ON COUNTS 11-14 OF THE REDACTED
                           INDICTMENT

IMPRISONMENT: 6 Months on all counts to run concurrently
SUPERVISED RELEASE: 3 years on all counts to run concurrently with 6 months of
location monitoring and additional special conditions
SPECIAL ASSESSMENT: $400.00
FINE:  $10,000.00
RESTITUTION: $54,400.00
FORFEITURE: Order to be submitted
It is recommended that the deft. be designated to FCI Fairton Camp Facility
Ordered that the deft. surrender to the institution designated by the BOP on
October 1, 2015.
Order bail contined

Time Commenced 4:30 pm  Time Adjourned 6:00  pm Total Time:  1 Hour 30 Minutes

                              s/ *Marnie Maccariella*
                              **DEPUTY CLERK**